IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CARON SUE PHILLIPS**, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:16-CV-692-L** |
| | § | |
| **JPMORGAN CHASE BANK, N.A.**, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is Defendant's Motion to Dismiss (Doc. 5), filed March 21, 2016, which was referred to the magistrate judge for findings and recommendations. On July 11, 2016, Magistrate Judge Renée Harris Toliver entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") recommending that the court grant Defendant's Motion to Dismiss and dismiss with prejudice this action as barred by res judicata. Plaintiff filed objections to the Report, to which Defendant responded.

Having reviewed the motion, response, reply, pleadings, record in this case, and Report, and having conducting a de novo review of that portion of the Report to which objection was made, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **overrules** Plaintiff's objections, **grants** Defendant's Motion to Dismiss (Doc. 5), and **dismisses with prejudice** this action.

**It is so ordered** this 28th day of July, 2016.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page